◼ In the Matter of CHRISTINA VELAZQUEZ, Appellant, v BRIAN PATRICK HAFFEY, JR., Respondent. [978 NYS2d 861]—

"A family offense must be established by a 'fair preponderance of the evidence' " (*Matter of Alam v Alam*, 108 AD3d 665, 666 [2013], quoting Family Ct Act § 832). "Where, as here, the Family Court was confronted primarily with issues of credibility, its factual findings must be accorded great weight on appeal unless they were clearly unsupported by the record" (*Matter of Harris v Harris*, 59 AD3d 444, 444 [2009]; *see Matter of Akter v Patwary*, 80 AD3d 759 [2011]; *Matter of Krystal M.*, 3 AD3d 498, 499 [2004]; *Matter of St. Denis v St. Denis*, 1 AD3d 370 [2003]). Under the circumstances of this case, we find no basis to disturb the Family Court's determination that the petitioner failed to establish, by a preponderance of the evidence, that the respondent committed a family offense (*see Matter of Chavez-Gonzalez v Tran*, 107 AD3d 983 [2013]; *Matter of Krisztina K. v*

*John S.*, 103 AD3d 724 [2013]; *Matter of Harris v Harris*, 59 AD3d at 444-445).

Moreover, there was no evidence in the record that the attorney for the child failed to diligently represent the best interests of the child (*see Matter of Gray v Jones*, 251 AD2d 765, 767 [1998]; *Matter of Burr v Emmett*, 249 AD2d 614, 615-616 [1998]; *Matter of Zirkind v Zirkind*, 218 AD2d 745, 746 [1995]). Rivera, J.P., Leventhal, Hall and Roman, JJ., concur.